**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
Joseph P. Griffin
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

**MEMO ENDORSED**

June 6, 2018

Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-11-18

      Re:   USA v. Patrick Badal
              16 Cr. 497 (ALC)

Dear Judge Carter:

      We represent Patrick Badal, who was sentenced on May 31, 2018 to, among other things, three years of supervised release. He has yet to be assigned a probation officer in the Eastern District of New York, where he resides.

      I have been informed by Pretrial Services that it still possesses Mr. Badal's United States passport. Pretrial Services further advises that if it does not receive a court order within 90 days of the date when sentence was imposed permitting release of the passport, it must return the passport to the Department of State.

      As such, we respectfully request that the Court order Pretrial Services to return Mr. Badal's passport to him. Neither Pre-Trial Services Officer Lettieri nor the government object to the return of the passport.

      Mr. Badal does not intend to request permission to travel until he has established a good rapport with his new Probation Officer.

      Thank you for your consideration.

The application is ✓ granted.
                          __ denied.

_/s/ Andrew L. Carter Jr._
Andrew L. Carter Jr, U.S.D.J.
Dated: June 11, 2018
         NY, New York

Respectfully submitted,

_/s/ Peter E. Brill_
Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788

64 Hilton Avenue
Hempstead, N.Y. 11550