

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/28/22
```

**BY ECF**
The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
New York, New York 10007

Re:   *United States v. Patrick Badal, et al.*, 16 Cr. 497 (ALC)

Dear Judge Carter:

     During the course of the above-captioned case, and pursuant to judicial warrant, the Government seized from the defendants certain contraband materials, including counterfeit perfume and other fragrances (the "Seized Contraband"). The above-captioned case is now closed, as the defendants' cases have been resolved following their guilty pleas and sentencing. The Government respectfully submits this letter to notify the Court of its intent to destroy the Seized Contraband and to request that the Court So Order the destruction.

     Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Michael C. McGinnis
Assistant United States Attorney
(212) 637-2305

SO ORDERED: *[signature]*   11/28/22
    Honorable Andrew L. Carter
    United States District Court Judge