

MEMO ENDORSED

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Building
26 Federal Plaza, 37th Floor
New York, New York 10278

May 6, 2025

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-8-25

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Patrick Badal,* et al.,
      S1 16 Cr. 497 (ALC)

Dear Judge Carter:

The Government respectfully writes to request that the Court permit the destruction of remaining contraband materials seized by the Government during the investigation of this matter.

This criminal case involved the importation and sale of counterfeit fragrances and packaging. During the investigation that led to the Indictment, and pursuant to judicial warrant, the Government seized from the defendants, and from businesses controlled by the defendants, substantial amounts of counterfeit perfume and counterfeit perfume packaging.

After the conclusion of the case, the Government sought the Court's permission to destroy contraband fragrances seized during the investigation. On November 28, 2022, this Court approved a request that the seized contraband be destroyed. ECF Doc. 199. Since that time, members of the Department of Homeland Security's Homeland Securities Investigations ("HSI") and U.S. Customs and Border Protection ("CBP") divisions have identified additional seized contraband—namely, counterfeit perfume and counterfeit perfume packaging—that has yet to be destroyed. The remaining contraband property is described in Attachment A to this letter.

As the remaining property is contraband counterfeit material, as no defendant or other person has come forward to claim the property or request its return, and as the criminal proceedings have long-since concluded, the Government seeks authorization to destroy the materials described in Attachment A.

Specifically, the Government respectfully proposes that the Court approve the following plan for the destruction of the remaining contraband:

1. Any party claiming an interest in the property described in Attachment A shall declare that interest by filing a letter on the docket no later than two weeks from the date of the Court's order.

2. In the absence of a timely assertion of interest in the property, HSI, CBP, or their designees shall destroy the property described in Attachment A, including the property associated with Case Numbers 2016100100051401, 2016100100051501, 2016100100051601, 2016100100051701, 2016100100051801, 2016100100052301, 2016100100053501.

Such a plan will spare the Government the further expense of preserving the contraband property while giving any potential claimant a final opportunity to come forward to assert an interest in the property.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Andrew Thomas
Assistant United States Attorney
Tel.: (212) 637-2106

The application is ✓ granted.
                  __ denied.

_____
Andrew L. Carter Jr, U.S.D.J.
Dated: May 8, 2025
       NY, New York